IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE THE MATTER OF: )
) CHAPTER 13 05-31199
)
**Sammie Brown** )
)
**Debtors.** )

**Motion to Reconsider Order of Dismissal**

Comes now the Debtor and moves this Court to reconsider the order of dismissal and as grounds would state:

1. On the 26th day of April, 2005 the Debtor filed a Chapter 13 case in the United States District Couert for trhe Middle District of Alabama.

2. On the 28th day of October, 2008, the Court entered an order dismissing the Debtor's Chapter 13 petition for failure to pay Court Cost.

3. The Debtor has been working for Kershaw Manufacturing Company and due to short hours has periodically been unable to make his Chapter 13 payments.

4. At the time of the Debtors dismissal from Chapter 13 the Debtor owed approximately $1400.00 on his chapter case and the Debtor thought that the payments that he made to the Court in October 2008 were all that he needed to do to keep his chapter 13 case going.

5. No one will be prejudiced by the Court reopening the Debtor's Chapter 13 case and allowing him to remain in Chapter 13.

Wherefore, the premises considered, the Debtor request this Court to allow the debtor to remain in Chapter 13 and/or to allow

the Debtor to reopen his chapter 13 case for the purposes of allowing him to complete his plan.

            **/s/ Richard D. Shinbaum**
            Richard Shinbaum, SHI007
            Attorney for the Debtor

Of Counsel:

Shinbaum, McLeod and Campbell, P.C..
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440
(334) 263-4096 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above styled motion was this day served upon the following, by placing the same in the United States Mail, properly addressed and postage prepaid, and/or electronics transmission this the 21st day of November, 2008

Curtis C. Reding, Trustee
P.O. Box 173
Montgomery, Alabama 36101-0173

            /s/ Richard D. Shinbaum
            Richard D. Shinbaum
            Attorney for the Debtor